**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 3, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6789**

| | |
|---|---|
| In the Matter of<br>Francisca Amador<br><br>v.<br><br>ARAMARK Cleanroom Services, Inc. | Case Number:<br><br><br><br>**JUDGE KENNELLY**<br>**MAGISTRATE JUDGE VALDEZ** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br>Alejandro Caffarelli |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM<br>Caffarelli & Siegel, Ltd. |
| STREET ADDRESS<br>Two Prudential Plaza, 180 N. Stetson Ave., Ste. 3150 |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06239078 | TELEPHONE NUMBER<br>(312) 540-1230 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |