AO .. J. (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**07 C 6789**

### SUMMONS IN A CIVIL CASE

Francisca Amador

                              CASE NUMBER:      **JUDGE KENNELLY**
                                                        **MAGISTRATE JUDGE VALDEZ**

V.                           ASSIGNED JUDGE:

ARAMARK Cleanroom Services, Inc.

                                                 DESIGNATED
                                                 MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

ARAMARK Cleanroom Services, Inc.
c/o C T Corporation System
208 S. LaSalle St., Ste. 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson Ave., Ste. 3150
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within     **20**     days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____                                     **December 3, 2007**
**(By) DEPUTY CLERK**                                                          Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Francisca Amador | |
| vs. Aramark Cleanroom Services, Inc. | Case Number  07 C 6789 |

### AFFIDAVIT OF SERVICE

I, Bia Tyk, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 10 day of December, 2007, at 11:40 AM at 7650 Grant St., Burr Ridge, IL 60527, did serve the following document(s):

**Summons and Complaint**

Upon: **Aramark Cleanroom Services, Inc.**

By: ☑ Personally serving to:  Araceli Sanchez-Adm. Asst.

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 7650 Grant St., Burr Ridge, IL 60527 on

| Description: | Sex | **Female** | Race | **Hispanic** | Approximate Age | **21** |
|---|---|---|---|---|---|---|
| | Height | **5'2** | Weight | **100** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_[signature]_
Bia Tyk
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101