U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>FRANCISCA AMADOR, Plaintiff<br>v.<br>ARAMARK CLEANROOM SERVICES, INC., and<br>ARAMARK CORP. | Case Number: 07-cv-6789 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ARAMARK Cleanroom Services, L.L.C. (improperly named in complaint as ARAMARK Cleanroom Services, Inc.) and ARAMARK Corporation

| |
|---|
| NAME (Type or print)<br>Lucy Schwallie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Lucy Schwallie |
| FIRM<br>Morgan, Lewis & Bockius, LLP |
| STREET ADDRESS<br>77 West Wacker Drive, 7th Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290711 | TELEPHONE NUMBER<br>312-324-1000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐