U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of   Case Number: 07-cv-6789
FRANCISCA AMADOR, Plaintiff
v.
ARAMARK CLEANROOM SERVICES, INC., and
ARAMARK CORP.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ARAMARK Cleanroom Services, L.L.C. (improperly named in complaint as ARAMARK Cleanroom Services, Inc.) and ARAMARK Corporation

| | |
|---|---|
| NAME (Type or print) Barry Hartstein | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Barry Hartstein | |
| FIRM Morgan, Lewis & Bockius, LLP | |
| STREET ADDRESS 77 West Wacker Drive, 5th Floor | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1147048 | TELEPHONE NUMBER 312-324-1000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |