IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCA AMADOR,<br><br>        Plaintiff,<br><br>v.<br><br>ARAMARK CLEANROOM SERVICES, INC., and ARAMARK CORP.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 07-cv-6789<br>)<br>) Judge Kennelly<br>)<br>) Magistrate Judge Valdez<br>)<br>)<br>)<br>)<br>)<br>) |

**UNCONTESTED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, by their attorneys, move for an extension of time to answer or otherwise plead. In support of the Motion, Defendants state as follows:

1. On December 3, 2007, Plaintiff Francisca Amador ("Plaintiff"), filed a Complaint against Defendant ARAMARK Cleanroom Sevices, inc., in Northern District of Illinois, Eastern Division, Case No. 07-cv-6789 (the "Complaint"). Plaintiff attempted service on Defendant's registered service agent, CT Corporation, but due the naming of a nonexistent corporate entity as Defendant,[1] service was refused. On December 10, 2007, Araceli Sanchez, a receptionist at Defendant's Burr Ridge Facility, reportedly was served with the Summons and Complaint, but

---

[1] ARAMARK Cleanroom Services, Inc. is not the proper name of the Cleanroom Services entity. Instead, the proper legal entity which employed Plaintiff Francisca Amador is ARAMARK Cleanroom Services, L.L.C. Based on discussions with Plaintiff's counsel, Plaintiff will amend the complaint to reflect the sole proper defendant in this matter, which is ARAMARK Cleanroom Services, L.L.C.

neither Defendants' registered service agent not any other proper party had notice of the Complaint.

2. On December 19, 2007, Plaintiff amended their Complaint ("Amended Complaint") to name "ARAMARK Corp." as a Defendant. On December 26, 2007, Plaintiff served Defendant ARAMARK Corporation's registered service agent, CT Corporation, with the Summons and Amended Complaint.

3. Defendants have recently retained Morgan, Lewis & Bockius, LLP as counsel in this matter, and counsel requires additional time to investigate the allegations contained in Plaintiff's Complaint.

4. Accordingly, Defendants request an additional 19 days from January 15, 2008, or until February 12, 2008, to answer or otherwise plead in response to Plaintiff's Complaint.

5. Plaintiff's counsel has been contacted and has no objection to the 19-day extension on behalf of the Defendants.

6. A 19 day extension of time will not cause excessive delay in the litigation and will not unduly prejudice any party.

WHEREFORE, Defendants respectfully request the Court grant their Unopposed Motion for an Extension of Time To Answer or Otherwise Plead.

          Respectfully submitted,

          ARAMARK Cleanroom Services, L.L.C.
          and ARAMARK Corporation

          By:  s/ Lucy Schwallie
              One of Their Attorneys

Barry Hartstein
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001


Dated: January 11, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2008, I electronically filed the foregoing Notice of Motion and Unopposed Motion for an Extension of Time To Answer or Otherwise Plead and Proposed Order with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Alejandro Caffarelli
Lorraine T. Peeters
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL     60601

By:      s/ Lucy Schwallie

1-CH/206257.1