IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCA AMADOR,<br><br>      Plaintiff,<br><br>v.<br><br>ARAMARK CLEANROOM SERVICES, INC., and ARAMARK CORP.,<br><br>      Defendants. | Case No. 07-cv-6789<br><br>Judge Kennelly<br><br>Magistrate Judge Valdez |

## NOTICE OF UNCONTESTED MOTION

To:    Alejandro Caffarelli
        Lorraine T. Peeters
        Caffarelli & Siegel Ltd.
        Two Prudential Plaza
        180 N. Stetson, Suite 3150
        Chicago, IL    60601

      PLEASE TAKE NOTICE that on Wednesday, January 16, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 2103, and shall then and there present **Defendant's Uncontested Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is being served upon you along with this Notice.

Dated:  January 11, 2008

                                                      Respectfully submitted,

                                                      ARAMARK Cleanroom Services L.L.C., and
                                                      ARAMARK Corporation

                                                      By:  /s/ Lucy Schwallie
                                                              One of Their Attorneys

Barry A. Hartstein
Lucy Schwallie
Morgan, Lewis & Bockius LLP
77 W. Wacker Dr., 5th Fl.
Chicago, IL  60601
312-324-1000

1-CH/206256.1