IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Francisca Amador

vs.  Aramark Cleanroom Services, Inc. et al.

Case Number 07-cv-6789

## AFFIDAVIT OF SERVICE

I, Kevin Del Re, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 14 day of January, 2007, at 04:00 PM at 208 S. LaSalle St. #814, Chicago, IL 60604, did serve the following document(s):

**Notice Of Docket Entry**

Upon: **Aramark Corporation c/o CT Corporation System**

By: ☑ Personally serving to: Dawn Schulz-Process Clerk

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 208 S. LaSalle St. #814, Chicago, IL 60604 on

| Description: | Sex **Female** | Race **White** | Approximate Age **50** |
|---|---|---|---|
| | Height **5'4** | Weight **200** | Hair Color **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

_/s/ Kevin Del Re_

Kevin Del Re
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the attached, Affidavit of Service, to be served upon the parties listed below via the electronic filing system of the United States District Court for the Northern District of Illinois on January 22, 2008.

Barry Hartstein
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601

/s/ Alejandro Caffarelli
Alejandro Caffarelli
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL 60601