IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCA AMADOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-cv-6789 |
| | ) | |
| ARAMARK CLEANROOM SERVICES, INC., and ARAMARK CORP., | ) ) ) | Judge Kennelly |
| | ) | Magistrate Judge Valdez |
| Defendants. | ) ) ) ) ) | |

**NOTICE OF UNCONTESTED MOTION**

To:  Alejandro Caffarelli
Lorraine T. Peeters
Caffarelli & Siegel Ltd.
Two Prudential Plaza
180 N. Stetson, Suite 3150
Chicago, IL    60601

   PLEASE TAKE NOTICE that on Wednesday, February 13, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 2103, and shall then and there present **Defendant's Uncontested Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is being served upon you along with this Notice.

Dated:  February 8, 2008

                                        Respectfully submitted,

                                        ARAMARK Cleanroom Services L.L.C., and
                                        ARAMARK Corporation

                                        By:  /s/ Lucy Schwallie
                                             One of Their Attorneys

Barry A. Hartstein
Lucy Schwallie
Morgan, Lewis & Bockius LLP
77 W. Wacker Dr., 5th Fl.
Chicago, IL  60601
312-324-1000

1-CH/207776.1