## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Francisca Amador

                                     Plaintiff,

v.                                                      Case No.: 1:07–cv–06789
                                                           Honorable Matthew F. Kennelly

Aramark Cleanroom Services, Inc., et al.

                                     Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

       MINUTE entry before Judge Matthew F. Kennelly :By request of the parties, status hearing set to 2/20/2008 is vacated and reset for 3/5/2008 at 09:30 AM., for report on settlement. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.