IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCA AMADOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-cv-6789 |
| ) | |
| ARAMARK CLEANROOM ) | Judge Kennelly |
| SERVICES, INC., and ARAMARK ) | |
| CORP., ) | Magistrate Judge Valdez |
| ) | |
| Defendants. ) | |

**UNCONTESTED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, by their attorneys, move for an extension of time to answer or otherwise plead. In support of the Motion, Defendants state as follows:

1. On December 3, 2007, Plaintiff Francisca Amador ("Plaintiff"), filed a Complaint against Defendant ARAMARK Cleanroom Services, inc., in Northern District of Illinois, Eastern Division, Case No. 07-cv-6789 (the "Complaint").

2. On December 19, 2007, Plaintiff amended their Complaint ("Amended Complaint") to name "ARAMARK Corp." as a Defendant. On December 26, 2007, Plaintiff served Defendant ARAMARK Corporation's registered service agent, CT Corporation, with the Summons and Amended Complaint.

3. Defendants' response to the Amended Complaint is currently due Tuesday February 19, 2008.

1-CH/208366.1

4. The parties met and conferred on February 1, 2008 at the offices of Caffarelli & Seigel to discuss potential settlement.

5. The parties have exchanges numerous written letters in regards to a potential settlement.

6. The status hearing in this case, originally scheduled for February 20, 2008, has been rescheduled to March 5, 2008, in light of the ongoing settlement negotiations.

6. The parties are continuing to negotiate a potential settlement in the above-captioned case.  Accordingly, Defendants respectfully requests a seven (15) days extension of time, through and including Wednesday, March 5 2008, to answer or otherwise plead, or to take such other action as may be warranted.

7. Plaintiff's counsel has been contacted and has no objection to the 15-day extension on behalf of the Defendants.

8. A 15 day extension of time will not cause excessive delay in the litigation and will not unduly prejudice any party.

WHEREFORE, Defendants respectfully request the Court grant their Unopposed Motion for an Extension of Time To Answer or Otherwise Plead.

        Respectfully submitted,

        ARAMARK Cleanroom Services, L.L.C.
        and ARAMARK Corporation

        By:  s/ Lucy Schwallie
             One of Their Attorneys

Barry Hartstein
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Dated: February 19, 2008

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2008, I electronically filed the foregoing Notice of Motion and Unopposed Motion for an Extension of Time To Answer or Otherwise Plead and Proposed Order with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

> Alejandro Caffarelli
> Lorraine T. Peeters
> Caffarelli & Siegel Ltd.
> Two Prudential Plaza
> 180 N. Stetson, Suite 3150
> Chicago, IL    60601

By:     s/ Lucy Schwallie

1-CH/208366.1