# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6789 | **DATE** | 3/4/2008 |
| **CASE TITLE** | Francisca Amador vs. Aramark Cleanroom Services, et al. | | |

**DOCKET ENTRY TEXT**

Defendant's uncontested motion for extension of time is granted. Response to complaint is to be filed by 3/5/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|