**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRANCISCA AMADOR,<br><br>        Plaintiff,<br><br>v.<br><br>ARAMARK CLEANROOM SERVICES, INC., and ARAMARK CORP.,<br><br>        Defendants. | Case No. 07-cv-6789<br><br>**Judge Kennelly**<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on April 22, 2008, there was filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, Stipulation to Dismiss, a copy of which is attached and hereby served upon you.

Dated: April 22, 2008                                                    Respectfully submitted,


Alejandro Caffarelli, #06239078
Lorraine T. Peeters, #06290434
Caffarelli & Siegel Ltd.
Two Prudential Plaza                                         By: __/s/ Alejandro Caffarelli_____
180 North Stetson Ste. 3150                                         Attorney for Plaintiff
Chicago, IL  60601
Tel. (312) 540-1230
Fax (312) 540-1231
Email   info@caffarelli.com
Web    www.caffarelli.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCA AMADOR,<br><br>   Plaintiff,<br><br>v.<br><br>ARAMARK CLEANROOM SERVICES, INC., and ARAMARK CORP.,<br><br>   Defendants. | Case No. 07-cv-6789<br><br>**Judge Kennelly**<br><br>Magistrate Judge Valdez |

## STIPULATION TO DISMISS

  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Francisca Amador, and Defendants, Aramark Cleanroom Services, Inc. and Aramark Corp., by their attorneys, hereby stipulate to the dismissal, without prejudice and without costs, of the above-captioned lawsuit.

              Respectfully submitted,

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| /s/ Alejandro Caffarelli | /s/ Barry Hartstein |
| One of the attorneys for Plaintiff | One of the attorneys for Defendants |

Alejandro Caffarelli
Lorraine T. Peeters
Caffarelli & Siegel, Ltd.
Two Prudential Plaza
180 North Stetson, Suite 3150
Chicago, Illinois 60601
Tel: 312-540-1230
Fax: 312-540-1231

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that a copy of the attached, Stipulation to Dismiss, was served upon the party below by electronically filing with the Clerk of the U.S. District Court of the Northern District of Illinois on April 22, 2008.

Barry Hartstein
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601

       /s/ Alejandro Caffarelli
       Alejandro Caffarelli
       Caffarelli & Siegel Ltd.
       Two Prudential Plaza
       180 N. Stetson, Suite 3150
       Chicago, IL 60601